IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UMG RECORDINGS, Inc., a Delaware corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, VIRGIN RECORDS AMERICA, Inc. A California corporation, CAPITOL RECORDS, Inc., a Delaware corporation, WARNER BROS. RECORDS, Inc. , a Delaware corporation, ARISTA RECORDS, LLC, a Delaware limited liability company, INTERSCOPE RECORDS, a California general partnership, BMG MUSIC, a New York general partnership, ATLANTIC RECORDING, Corporation, a Delaware corporation, MAVERICK RECORDING, Company, a California joint venture, LAFACE RECORDS, LLC., a Delaware limited liability company, and NOO TRYBE RECORDS, Inc. , a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　　V.<br><br>DOES 1-12,<br><br>　　　　　　Defendant. | CASE NO.  4:07CV3123<br><br><br><br><br><br><br><br>ORDER DISMISSING<br>DOE #5 AND DOE #9<br>WITHOUT PREJUDICE |

　　　This matter is before the Court on the Plaintiffs' Notices of Dismissal (Filing Nos. 10 and 11), through which the Plaintiffs seek to notify the Court that they intend to dismiss without prejudice the copyright infringement claims that they filed against two of the Doe defendants.  The Court finds that the notices comply with Fed. R. Civ. P. 41(a)(1), and they should be approved.

　　　IT IS ORDERED:

　　　1.　　The Notices of Dismissal (Filing Nos. 10 and 11) are approved;

2. All claims against the Defendants identified as Doe #5 and Doe #9 are dismissed without prejudice; and

3. As between the Plaintiffs and Doe #5 and Doe #9, each party shall pay their own costs and attorney fees.

DATED this 13th day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge