IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California Corporation; CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; LAFACE RECORDS LLC, a Delaware limited liability company; and NOO TRYBE RECORDS INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br> vs.<br><br>DOES 1 - 12,<br><br>    Defendants. | 4:07CV3123<br><br>ORDER TO<br><br>SHOW CAUSE |

  The court file shows that this case was filed on May 2, 2007. Fed. R. Civ. P. 4(m) requires that service of the summons and complaint be made within 120 days after the filing of the complaint. The 120-day period expired August 30, 2007. Although the claims against Does Nos. 5 and 9 were voluntarily dismissed, the record contains no showing that the plaintiffs have effected service upon the defendants. Nor have plaintiffs requested any extension of time to effect service.

  **IT THEREFORE IS ORDERED** that, no later than **October 1, 2007**, plaintiffs shall either: (1) effect service on the remaining defendants and file proof of same with the court or (2) show cause why this case should not be dismissed without prejudice for failure to timely effect service.

  **DATED September 14, 2007.**

              **BY THE COURT:**

              **s/ F.A. Gossett**
              **United States Magistrate Judge**