IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UMG RECORDINGS, Inc., a Delaware corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, VIRGIN RECORDS AMERICA, Inc., a California corporation, CAPITOL RECORDS, Inc., a Delaware corporation, WARNER BROS. RECORDS, Inc., a Delaware corporation, ARISTA RECORDS, LLC, a Delaware limited liability company, INTERSCOPE RECORDS, a California general partnership, BMG MUSIC, a New York general partnership, ATLANTIC RECORDING, Corporation, a Delaware corporation, MAVERICK RECORDING, Company, a California joint venture, LAFACE RECORDS, LLC., a Delaware limited liability company, and NOO TRYBE RECORDS, Inc., a Delaware corporation,<br><br>        Plaintiffs,<br><br>    V.<br><br>DOE 1, DOE 2, DOE 3, DOE 4, DOE 6, DOE 7, DOE 8, DOE 10, DOE 11, and DOE 12,<br><br>        Defendants. | CASE NO. 4:07CV3123<br><br>ORDER OF DISMISSAL |

Upon the Plaintiffs' Notice of Dismissal,

IT IS ORDERED:

1. The Notice of Dismissal (Filing No. 14) is approved;
2. The Complaint and all claims against the remaining Defendants are dismissed without prejudice;
3. The parties will pay their own costs and attorney fees.

DATED this 25th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge